# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.: ED CR 22-00075-AB | Date: January 19, 2024 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter: N/A

| Carla Badirian | Suzanne McKennon | Sonah Lee |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Marc Gregory Goodwin | √ | | √ | Michael David Schwartz | √ | | √ |

**Proceedings:** SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

On the Government's motion, the underlying Indictment is ordered dismissed.

00 : 35

Initials of Deputy Clerk   CB